# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DUANE F. JOOSTEN  
225 ROSE AVENUE  
CRYSTAL LAKE, IL 60014

SSN-xxx-xx-6903

Case Number: 04-74411

Case filed on: 9/2/2004  
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,200.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 999 | DUANE F. JOOSTEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | RESURGENT CAPITAL SERVICES | 2,870.94 | 2,870.94 | 1,537.32 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 2,219.86 | 2,219.86 | 1,188.67 | 0.00 |
| 003 | ROUNDUP FUNDING LLC | 1,840.32 | 1,840.32 | 985.44 | 0.00 |
| 004 | SHERMAN ACQUISITION DBA | 611.00 | 611.00 | 327.17 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 6,155.22 | 6,155.22 | 3,295.96 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 7,268.75 | 7,268.75 | 3,892.23 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 277.61 | 277.61 | 148.65 | 0.00 |
| 008 | LVNV FUNDING LLC | 1,816.72 | 1,816.72 | 972.81 | 0.00 |
| 009 | LVNV FUNDING LLC | 3,784.79 | 3,784.79 | 2,026.65 | 0.00 |
|  | Total Unsecured | 26,845.21 | 26,845.21 | 14,374.90 | 0.00 |
|  | Grand Total: | 29,445.21 | 29,445.21 | 16,974.90 | 0.00 |

Total Paid Claimant: $16,974.90  
Trustee Allowance: $1,225.10  
Percent Paid Unsecured: 53.55

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009          By  /s/Heather M. Fagan